UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSTITUTIONAL INVESTOR, LLC

Plaintiff,

-v-

25 BROADWY REALTY LLC d/b/a WOLFSON GROUP and DANIEL SCHATZMAN

Defendant.

Case No. 15-CV-6998

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for INSTITUTIONAL INVESTOR LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

EUROMONEY INSTITUTIONAL INVESTOR PLC

**Date:** 9/4/15

Signature of Attorney

**Attorney Bar Code:** KM0322